110 A.3d 926

IN THE MATTER OF CLIFFORD VAN SYOC, AN ATTORNEY AT LAW (ATTORNEY NO. 012821980).

March 27, 2015.

### ORDER

This matter having been duly presented, it is ORDERED that **CLIFFORD VAN SYOC,** formerly of **CHERRY HILL,** who was

admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of six months effective February 14, 2014, by Order of this Court filed January 16, 2014, be restored to the practice of law, effective immediately.